EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
JOHN G. McLEAN
Supervising Deputy Attorney General
State Bar No. 99436
  1300 I Street;  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5184
  Fax: (916) 324-2960
  Email: John.McLean@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERWIN VICTOR CARDENAS,**<br>                              Petitioner,<br>      v.<br>**D. K. SISTO, Warden,**<br>                              Respondent. | 2:07-CV-02404 LKK-CMK<br><br>**ORDER** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before March 11, 2008.

DATED: February 14, 2008

                                                               **CRAIG M. KELLISON**
                                                                UNITED STATES MAGISTRATE JUDGE